<partyblock>

The People of the State of New York, Respondent,  

against

Mark Ross, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (James M. Burke, J.), rendered October 6, 2011, after a nonjury trial, convicting him of attempted assault in the third degree, and imposing sentence.

Per Curiam.

Judgment of conviction (James M. Burke, J.), rendered October 6, 2011, affirmed.

The verdict convicting defendant of attempted assault in the third degree (see Penal Law  110.00/120.00[1]) was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348-349 [2007]). Issues of credibility, including the weight to be given to inconsistencies in testimony, were properly considered by the trial court, as factfinder, and there is no basis for disturbing its determinations. We do not find the victim's credited account of the altercation to be unreliable or implausible. Moreover, his testimony was consistent with the officer's observations, made shortly after the incident.

THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

I concur I concur I concur

Decision Date: December 13, 2016

<form method="LINK" action="../../slipidx/at_1_idxtable.shtml">

<input type="submit" value="Return to Decision List">

</form>

</partyblock>